# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
LISA CHAPMAN, individually and on behalf of a class of similarly situated individuals

### DEFENDANTS
COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH and INSIGHT GLOBAL, INC

**(b)** County of Residence of First Listed Plaintiff: **Westmoreland**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Dauphin**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
JONATHAN SHUB, Shub Law Firm, LLC, 134 Kings Hwy E, 2nd Fl, Haddonfield, NJ 08033 T: (856-772-7200)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)
- Citizen of This State: PTF [X] 1 ; Incorporated or Principal Place of Business In This State: DEF [X] 4

## IV. NATURE OF SUIT
[X] 370 Other Fraud

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(d)

Brief description of cause:
Potential Class Action arising out of Commonwealth of Pennsylvania Department of Health and Insight Global, Inc data breach

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 5,000,000
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: _____ DOCKET NUMBER: _____

DATE: May 5, 2021
SIGNATURE OF ATTORNEY OF RECORD: *Jonathan Shub*

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE