# Exhibit A

**To:** Phillip DiLucente <phil@getphil.com>
**Subject:**


From: Carissa Mendez
Sent: Tuesday, December 1, 2020 8:59 AM
To: Shannon Hughes
Subject: RE: QA Shadowing

Do you have time to talk about these. Some of the issues are definitely on our end. Also, if you need help with advanced queries or more complicated reports, I can assist you. They can sometimes be quite tricky.  I have attached my document with more detailed feedback.



Thank you,
Carissa Mendez
Contact Tracer
Insight Global/PADOH

From: Shannon Hughes
Sent: Monday, November 30, 2020 5:00 PM
To: Carissa Mendez
Subject: Re: QA Shadowing

Thank you for the insights & feedback! Transferred notes into game plan & next steps:

Item	Next Steps	Target
Microsoft Teams	1. Send note to BA Manager	12/1/2020
Utilize import feature & tasks in CTMS	1. Send note to DOH about import feature
2. Task function being explored currently with DOH & CI team	11/30/2020
CTMS Reports	Agree! Shannon & Greg in process of utilizing
IG still wants to utilize call tracker	12/4/2020

Best,
Shannon

Shannon M. Hughes | Operations Manager | Insight Global, LLC
716.480.2264 | Mobile
shannon.hughes@PDOH.insightglobal-msd.com | Email

<image001.png>
From: Carissa Mendez <Carissa.Mendez@PDOH.insightglobal-msd.com>
Sent: Monday, November 30, 2020 9:17 AM
To: Shannon Hughes <Shannon.Hughes@PDOH.insightglobal-msd.com>
Subject: QA Shadowing

Hi Shannon,
I hope you had a great Thanksgiving! First, I want to thank you for letting me get an inside peek at the different teams and departments last week. It was an amazing opportunity to see the interworking of our project. I saw a lot of great things with the Contact Tracing teams. In the other areas, I did find a lot of areas that did raise a lot of concern. I have

2

prepared a document with my feedback in detail, however, I am hesitant to send it. I will share a summary of my key takeaways with you below, and I can follow-up with you on my more detailed document.

- Mishandling of PHI, Privacy Violations, and employee information (very concerning!!)
- We are underutilizing our tools, we have been provided, that were made for this job (CTMS) and remote work (Microsoft Teams)
- We are overutilizing systems that we were not provided for us, which presents many issues, as many features are unavailable/limited or not a safe way to handle sensitive information with employees personal email addresses (Google docs, sheets, email, slack, zoom)
- Stuck in old ways, although we are a new "company"
- Time/Money being wasted, tracers productive time is less than a couple of hours on average.

Suggestions:
- Use Microsoft teams!
  - Allows scheduling, time off requests, and clock in/outs
  - Exportable
  - eliminate micromanaging time and attendance, which would allow for more Contact tracing focus from management (training, development, coaching, meetings, trainings, etc).
  - Easier to organize and keep information updated and available (slack erases messages)
  - Made specifically for Remote Working (slack is not, it is merely a communication system, but with limited features, it is not a reliable place to share important information and announcements)
  - SO MANY features
- Data entry needs to use Import Feature, but it is not utilized because of lack of experience with CTMS, and possibly too busy to learn how to properly utilize this module of Salesforce, which can turn into a vicious cycle that could hold us back tremendously.
- Utillize features like "Tasks" in CTMS to increase efficiency, tracers handle file from start to finish, take advantage of direct phone lines-so tracers get call backs, and are being productive through their workday. (I was told that would be too much for leadership to manage)
- Utilize reports in CTMS, vs using GoogleSheets


I look forward to discussing this more with you.


Thank you,
Carissa Mendez
Contact Tracer
Insight Global/PADOH

3