IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA CHAPMAN,<br>individually and on behalf of<br>a class of similarly situated individuals<br>New Kensington, PA<br><br>       Plaintiff,<br>v.<br><br>COMMONWEALTH OF<br>PENNSYLVANIA<br>DEPARTMENT OF HEALTH<br>8th Floor West<br>625 Forster Street<br>Harrisburg, PA 17120<br><br>and<br><br>INSIGHT GLOBAL, INC<br>4170 Ashwood Dunwoody Road<br>Atlanta, GA 30319<br><br>       Defendants. | Civil Case No.: 1:21-cv-00824-CCC<br><br>CLASS ACTION<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff, Lisa Chapman ("Plaintiff") and Defendant Commonwealth of Pennsylvania Department of Health ("Commonwealth"), by and through their undersigned counsel, hereby stipulate that all claims by Plaintiff against Commonwealth in this action are dismissed without prejudice, each side to bear their

own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**NOW THEREFORE,** it is hereby STIPULATED and AGREED that Plaintiff Lisa Chapman's claims are dismissed without prejudice against Commonwealth of Pennsylvania Department of Health.

Dated: August 12, 2021

**BALLARD SPAHR, LLP**
/s/ *Philip N. Yannella*
Philip N. Yannella, Esq.
PA Attorney I.D. #81111
Brittany M. Wilson, Esq.
PA Attorney I.D. #313912
1735 Market St., 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500
(215) 864-8999
yannellap@ballardspahr.com
wilsonbm@ballardspahr.com

**SHUB LAW FIRM LLC**
/s/ *Jonathan Shub*
Jonathan Shub, Esquire
PA Attorney I.D. #53965
Kevin Laukaitis, Esquire
P.A. Attorney I.D. #321670
134 Kings Highway East, 2nd Floor
Haddonfield, NJ 08033
(856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

**SCHMIDT KRAMER, P.C.**
SCOTT B. COOPER, Esquire
PA Attorney I.D. #70242
209 State Street
Harrisburg, PA 17101
(717) 232-6300
scooper@schmidtkramer.com

**HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.**
JAMES C. HAGGERTY, Esquire
PA Attorney I.D. #30003
1835 Market Street, Suite 2700
Philadelphia, PA 19103
(267) 350-6600
jhaggerty@hgsklawyers.com

**JACK GOODRICH & ASSOCIATES, PC**
JOHN P. GOODRICH, Esquire
PA Attorney I.D. #49648
Lauren R. Nichols, Esquire
PA Attorney I.D. #313520
429 Fourth Avenue, Suite 900
Pittsburgh, PA 15219
(412) 291-4663
jack@goodrichpc.com
lauren@goodrichpc.com

**PHIL DILUCENTE & ASSOCIATES, LLC**
PHILIP P. DILUCENTE, Esquire
PA Attorney I.D. #87295
Kenneth Nolan, Esquire
PA Attorney I.D. #32422
310 Grant Street, Suite 1801
Pittsburgh, PA 15219
(412) 281-5005
phil@getphil.com
ken@getphil.com

*Attorneys for Plaintiff and the Proposed Classes*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii) was filed this 12th day of August, 2021, via the electronic filing system of the United States District Court for the Middle District of Pennsylvania, which will automatically serve all counsel of record.

/s/ *Jonathan Shub*

Jonathan Shub