# Exhibit D

ABOUT   SERVICES

CONSULTANTS

FIND A JOB



NOTICE OF DATA EVENT RELATED
TO PENNSYLVANIA CONTACT
TRACING

IN-HOUSE TEAM                                    HIRE SOMEONE

NEWS   CONTACT

## Insight Global Informs Individuals of Data Incident

**[Atlanta, GA, April 29, 2021]** – Insight Global announced today that some personal information, collected by our employees during COVID-19 contact tracing in Pennsylvania, may have been accessible to persons beyond authorized employees and public health officials. We deeply regret this happened and are committed to restoring the trust of any residents of Pennsylvania who may have been impacted. All necessary steps are being taken to secure any personal information, and we intend to learn and grow from this.  We remain committed to continue helping slow the spread of COVID-19 in Pennsylvania.

Insight Global Notice of Data Event – Insight Global

ABOUT  SERVICES

CONSULTANTS

IN-HOUSE  TEAM

NEWS  CONTACT

FIND A JOB

HIRE SOMEONE

Insight Global is contracted by the Commonwealth of Pennsylvania to provide services for the Pennsylvania Department of Health to obtain information to help slow the spread of the virus and to identify and address any needs for specific social support services.  At this time, we believe the impacted information consisted of names of individuals who may have been exposed to COVID-19, whether they were positive or negative for COVID-19, if they experienced symptoms, information about number of members in household, and for certain individuals, email and telephone numbers and information to address any needs for specific social support services. These individuals were contacted for purposes of contact tracing between September 2020 and April 21, 2021, although only a portion of individuals contacted during this period were affected. Insight Global did not collect Social Security numbers, financial account information, or payment card information, and that type of information was not involved in this incident.

Although Insight Global has robust security on its inhouse platforms, as part of an unauthorized collaboration channel, certain employees set up and used several Google accounts for sharing information. Documents related to contact-tracing collection were included among the information that may have been vulnerable to access.

Insight Global leadership became aware of this security vulnerability on April 21, 2021 and immediately took steps, completed by April 23,

Insight Global Notice of Data Event – Insight Global

ABOUT    SERVICES

CONSULTANTS

IN-HOUSE TEAM

NEWS    CONTACT

FIND A JOB

HIRE SOMEONE

2021, to secure and prevent any further access to or disclosure of information. To support this effort, leading third-party IT security specialists were engaged to help determine the nature and scope of the incident, and it is continuing those efforts to detect any unauthorized disclosure of this information. In addition, we worked with these specialists to identify documents that may have been vulnerable, as well as determine the nature of the information that may have been vulnerable.  We have worked closely with the Pennsylvania Department of Health to identify any individuals whose information may have been affected.  Individuals whose information may have been affected will also be notified by mail once address information is identified.

Although neither Insight Global nor the Commonwealth of Pennsylvania are aware at this time of the misuse of the information involved, we understand the concern that this potential access to such information may raise.  Insight Global is offering credit monitoring and identity protection services at no cost through TransUnion to those affected by this incident.  **A dedicated call center will open on Friday, April 30, 2021 at 1:00 pm Eastern time to help address questions about this incident.**  For further information or to learn more about the credit monitoring being offered, individuals may call toll free:  1-855-535-1787, Monday through Friday, from 9:00 a.m. to 9:00 pm Eastern Time.

Additional details regarding how individuals can protect their information, should they feel

it appropriate to do so, is included below.

ABOUT  SERVICES

CONSULTANTS

IN-HOUSE TEAM

NEWS  CONTACT

FIND A JOB

HIRE SOMEONE

## Frequently Asked Questions (FAQs)

### Q: What happened? 

Insight Global is contracted by the Commonwealth of Pennsylvania to provide services for the Pennsylvania Department of Health that obtain information to help slow the spread of the virus to identify and address any needs for specific social support services. At this time, we believe the impacted information consisted of names of individuals who may have been exposed to COVID-19, whether they were positive or negative for COVID-19, if they experienced symptoms, information about number of members in household, and for certain individuals, email and telephone numbers and information to address any needs for specific social support services. These individuals were contacted for purposes of contact tracing between September 2020 and December 2020.  Insight Global did not collect Social Security numbers, financial account information, or payment card information and that information was not impacted by this incident.

We deeply regret this happened and are committed to restoring the trust of any residents of Pennsylvania who may have been impacted. All necessary steps are being taken to secure any personal information, and we intend to learn and grow from this.  We remain

Insight Global Notice of Data Event – Insight Global

ABOUT   SERVICES

CONSULTANTS

IN-HOUSE TEAM

NEWS   CONTACT

FIND A JOB

HIRE SOMEONE

committed to continue helping slow the spread of COVID-19 in Pennsylvania.

**Q: When did this happen?**

Insight Global leadership became aware of this security vulnerability on April 21, 2021 and immediately took steps, completed by April 23, 2021, to secure and prevent any further access to or disclosure of information. To support this effort, leading third-party IT security specialists were engaged to help determine the nature and scope of the incident, and it is continuing those efforts to detect any unauthorized disclosure of this information.

**Q: How did this happen?**

Although Insight Global has robust security on its inhouse platforms, as part of an unauthorized collaboration channel, certain employees set up and used several Google accounts for sharing information. Documents related to contact-tracing collection were included among the information that may have been vulnerable to access. Insight Global leadership became aware of this security vulnerability on April 21, 2021 and immediately took steps, completed by April 23, 2021, to secure and prevent any further access to or disclosure of information.

We deeply regret this happened and are committed to restoring the trust of any residents of Pennsylvania who may have been impacted. All necessary steps are being taken to secure any personal information, and we intend to learn and grow from this.  We remain

ABOUT   SERVICES

CONSULTANTS

IN-HOUSE TEAM

NEWS CONTACT

FIND A JOB

HIRE SOMEONE

committed to continue helping slow the spread of COVID-19 in Pennsylvania.

**Q: What information was involved?**
At this time, we believe the impacted information consist●●●names of individuals who may have been exposed to COVID-19, whether they were positive or negative for COVID-19, if they experienced symptoms, information about number of members in household, and for certain individuals, email and telephone numbers and information to address any needs for specific social support services. These individuals were contacted for purposes of contact tracing between September 2020 and April 21, 2021, although only a portion of individuals contacted during this period were affected. Insight Global did not collect Social Security numbers, financial account information, or payment card information, and that type of information was not involved in this incident.

**Q: How will individuals be notified?**
We have worked closely with the Pennsylvania Department of Health to identify any individuals whose information may have been affected. Individuals whose information may have been affected will also be notified by mail once address information is identified.

**Q: How will I know if my information was impacted?**
Individuals whose information may have been affected will be notified by mail once address information is identified.

ABOUT    SERVICES

CONSULTANTS

IN-HOUSE TEAM

NEWS    CONTACT

FIND A JOB

HIRE SOMEONE

**A dedicated call center will open on Friday, April 30, 2021 at 1:00 pm Eastern time to help address questions about this incident.** For further information or to learn more about the credit monitoring being offered, individuals may call toll free: 1-855-535-1787, Monday through Friday, from 9:00 a.m. to 9:00 pm Eastern Time.

This incident may have impacted information related to individuals contacted for purposes of COVID-19 contact tracing between September 2020 and April 21, 2021, although only a portion of individuals contacted during this period were affected. If you did not participate in contact tracing efforts between this period, your information was not impacted.

**Q: Were all individuals who've been contacted through the contact program affected by this incident?**

This incident may have impacted information related to individuals contacted for purposes of COVID-19 contact tracing between September 2020 and April 21, 2021, although only a portion of individuals contacted during this period were affected. If you did not participate in contact tracing efforts between this period, your information was not impacted.

**Q: What support is the company providing to individuals whose information may be affected?**

Although neither Insight Global nor the Commonwealth of Pennsylvania are aware at

Insight Global Notice of Data Event—Insight Global

ABOUT   SERVICES

CONSULTANTS

IN-HOUSE  TEAM

NEWS   CONTACT

FIND A JOB

HIRE SOMEONE

this time of the misuse of the information involved, we understand the concern that this potential access to such information may raise.  Insight Global is offering the impacted individuals access to free credit-monitoring and identity restoration services through TransUnion. Insight Global's investigation into which specific individuals contacted between September and December 2020 were impacted by this incident is ongoing.  If you are interested in enrolling credit monitoring, please provide us with your name and contact information and will follow up to let you know whether you were impacted by this event or not.

**Q: Is it safe for me to provide information to contact tracers today?**
A: Yes, Insight Global is no longer utilizing the system involved in this incident.  Contact tracing data is currently being housed in the Pennsylvania Department of Health's system.

**Q: How will my information be kept safe going forward?**
Insight Global leadership became aware of this security vulnerability on April 21, 2021 and immediately took steps, completed by April 23, 2021, to secure and prevent any further access to or disclosure of information. To support this effort, leading third-party IT security specialists were engaged to help determine the nature and scope of the incident, and it is continuing those efforts to detect any unauthorized disclosure of this information. In addition, we worked with these specialists to identify documents that may have been

Insight Global Notice of Data Event - Insight Global

ABOUT    SERVICES

CONSULTANTS

IN-HOUSE TEAM

NEWS   CONTACT

FIND A JOB

HIRE SOMEONE

vulnerable, as well as determine the nature of the information that may have been vulnerable.

## Steps You Can Take To Help Protect Your Information

## Monitor Your Accounts

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order your free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228.  You may also directly contact the three major credit reporting bureaus listed below to request a free copy of your credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any one of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the

Insight Global Notice of Data Event - Insight Global

ABOUT   SERVICES

CONSULTANTS

IN-HOUSE TEAM

NEWS   CONTACT

FIND A JOB

HIRE SOMEONE

credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.  Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a security freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);

2. Social Security number;

3. Date of birth;

4. Addresses for the prior two to five years;

5. Proof of current address, such as a current utility bill or telephone bill;

6. A legible photocopy of a government-issued identification card (state driver's license or ID card, military identification, etc.); and

7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if you are a victim of identity theft.

Insight Global Notice of Data Event – Insight Global

A B O U T   S E R V I C E S

C O N S U L T A N T S

I N - H O U S E  T E A M

N E W S   C O N T A C T

FIND A JOB

HIRE SOMEONE

Should you wish to place a fraud alert or credit freeze, please contact the three major credit reporting bureaus listed below:

**Equifax**
https://www.equifax.com/personal/credit-report-services/
888-298-0045
Equifax Fraud Alert, P.O. Box   105069 Atlanta, GA 30348-5069
Equifax Credit Freeze, P.O. Box   105788 Atlanta, GA 30348-5788

**Experian**
https://www.experian.com/help/
1-888-397-3742
Experian Fraud Alert, P.O. Box   9554, Allen, TX 75013
Experian Credit Freeze, P.O. Box   9554, Allen, TX 75013

**TransUnion**
https://www.transunion.com/credit-help
833-395-6938
TransUnion Fraud Alert, P.O. Box   2000, Chester, PA 19016
TransUnion Credit Freeze, P.O. Box   160, Woodlyn, PA 19094

**Additional Information**

You may further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or your state Attorney General. The Federal Trade Commission may

Insight Global: Notice of Data Event – Insight Global

A B O U T    S E R V I C E S

C O N S U L T A N T S

I N - H O U S E   T E A M

N E W S    C O N T A C T

be reached at: 600 Pennsylvania Avenue NW, Washington, DC 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. You can obtain further information on how to file such a complaint by way of the contact information listed above. You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement and your state Attorney General. This notice has not been delayed by law enforcement.

FIND A JOB

HIRE SOMEONE

**Resources**

In-House Team
Shop IG
Join Our In-House Team

**Resources**

All Services
Staffing Services
Managed Services
Culture Consulting
Time & Expense

**Consultant Resources**

Consultants
Find a Job
Time & Expense Entry
Timesheet Printout
Employm

**Information**

About
Contact
Privacy Policy
Terms of Use
Sitemap
Corporate Ethics Hotline
CCPA Request

Insight Global Notice of Data Event – Insight Global

ABOUT SERVICES

Approval

ent

Hire

Verificati

Someone

on

Join as a

CONSULTANTS

Consulta

FIND A JOB

nt

IN-HOUSE TEAM

HIRE SOMEONE

NEWS CONTACT

@2021 Insight Global, A Staffing Services Company. All rights reserved.
Disclaimer: Insight Global is not affiliated with Insight Direct USA, Inc. or
Insight.com.