# Exhibit E

 Gmail 

**IG Contact Tracing Management Services---Contact tracing inquiry from** ████████
████████

4 messages

**Foreman, Louise <loforeman@pa.gov>**                                Thu, Feb 25, 2021 at 1:10 PM
To: ███████████████████████

Hi ██████

Please summarize your issue/question in more detail.

What is your contact phone number, if needed.

Thank you,

Louise Foreman, Legal Assistant

PA Dept. of Health, Office of Legal Counsel

625 Forster Street

Health & Welfare Building, Room 825

Harrisburg, PA 17102

Direct Phone: 717-705-0122

E-mail: loforeman@pa.gov

**From:** ███████████████████████
**Sent:** Thursday, February 25, 2021 11:34 AM
**To:** Foreman, Louise <loforeman@pa.gov>
**Subject:** [External] IG Contact Tracing Management Services

**ATTENTION:** This email message is from an external sender. Do not open links or attachments from unknown sources.
To report suspicious email, forward the message as an attachment to *CWOPA_SPAM@pa.gov*.

Hi!

●●●●●●●

"The astronomer is, in some measure, independent of his fellow astronomer; he can wait in his observatory till the star he wishes to observe comes to his meridian; but the meteorologist has his observations bounded by a very limited horizon, and can do little without the aid of numerous observers furnishing him contemporaneous observations over a wide-extended area. "

— James Pollard Espy

> *Second Report on Meteorology to the Secretary of the Navy* (1849), US Senate Executive Document 39, 31st Congress, 1st session. Quoted in J. R. Fleming, *Meteorology in America: 1800-1870* (1990), vii.

●●●●●●●●●●●●●●●●●●●●●●●                                    Thu, Feb 25, 2021 at 1:19 PM

To: "Foreman, Louise" <loforeman@pa.gov>

Hi Louise!

My apologies! It appears the message was sent while still in "draft".

I was reaching out to you concerning the PDOH Contract Tracing program managed by Insight Global. I was on the contract as the ●●●●●●●●●●●●●●●●●●●●●●● from 10/2020 to 01/08/2021. I withdrew from the program citing personal reasons, however my issue was concerning the non-compliant behavior of the program with HIPPA and PII related data. Since IG made no attempt to correct my concerns (I found multiple issues and several exposures), I was unsure of what to do with the knowledge I had about their lack of security. I was working remotely and I live in ●●●●●● but I talked to a friend here who is a medical professional and she recommended I try to connect with the PDOH legal team directly.

Would you be able to guide me further? I simply want to share what I know with the correct department and my hope is that data will be better protected moving forward.

My cell is ●●●●●●●, if you would like to contact me directly.

Thank you!

●●●●●●●●●●

"The astronomer is, in some measure, independent of his fellow astronomer; he can wait in his observatory till the star he wishes to observe comes to his meridian; but the meteorologist has his observations bounded by a very limited horizon, and can do little without the aid of numerous observers furnishing him contemporaneous observations over a wide-extended area. "

— **James Pollard Espy**

*Second Report on Meteorology to the Secretary of the Navy* (1849), US Senate Executive Document 39, 31st Congress, 1st session. Quoted in J. R. Fleming, *Meteorology in America: 1800-1870* (1990), vii.

[Quoted text hidden]

**Foreman, Louise** <loforeman@pa.gov>                          Thu, Feb 25, 2021 at 2:50 PM
To: ●●●●●●●●●●●●●●●●●●●●

Hi ●●●●,

I forwarded your inquiry to our legal management team.

Thanks,

Louise

# Louise Foreman /s/

[Quoted text hidden]

---


To: "Foreman, Louise" <loforeman@pa.gov>

Thu, Feb 25, 2021 at 2:53 PM

Thank you!



"The astronomer is, in some measure, independent of his fellow astronomer; he can wait in his observatory till the star he wishes to observe comes to his meridian; but the meteorologist has his observations bounded by a very limited horizon, and can do little without the aid of numerous observers furnishing him contemporaneous observations over a wide-extended area. "

**— James Pollard Espy**
*Second Report on Meteorology to the Secretary of the Navy* (1849), US Senate Executive Document 39, 31st Congress, 1st session. Quoted in J. R. Fleming, *Meteorology in America: 1800-1870* (1990), vii.

[Quoted text hidden]