IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA CHAPMAN, individually and on behalf of a class of similarly situated individuals,** | : : : : | **CIVIL ACTION NO. 1:21-CV-824** (Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **INSIGHT GLOBAL, INC.,** | : : | |
| **Defendant** | : | |

# **ORDER**

AND NOW, this 27th day of August, 2021, upon consideration of defendant's motion (Doc. 24) to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) filed July 23, 2021, and further upon consideration of plaintiff's amended complaint (Doc. 34) filed on today's date, and the court observing that an amended pleading, unless it "specifically refers to or adopts the earlier pleading," supersedes the original as the operative pleading for the lawsuit, W. Run Student Hous. Assocs., LLC v. Huntington Nat'l Bank, 712 F.3d 165, 171 (3d Cir. 2013) (quoting New Rock Asset Partners, L.P. v. Preferred Entity Advancements, Inc., 101 F.3d 1492, 1504 (3d Cir. 1996)); see also 6 CHARLES ALAN WRIGHT AND ARTHUR MILLER, ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2018), and the court thus finding that the amended complaint renders the original complaint a legal nullity, it is hereby ORDERED that:

1. Defendant's motion (Doc. 24) to dismiss the complaint (Doc. 1) is DENIED as moot and without prejudice.

2. Defendant shall respond to the amended complaint (Doc. 34) in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania