# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA CHAPMAN, individually and on behalf of a class of similarly situated individuals,** | : : : : | **CIVIL ACTION NO. 1:21-CV-824**<br><br>**(Judge Conner)** |
| **Plaintiff** | : : | |
| v. | : : | |
| **INSIGHT GLOBAL, INC.,** | : : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 13th day of September, 2022, it having been reported to the court that the parties have reached an agreement in principle to settle the above-captioned class action, and the court noting that this action is currently stayed pursuant to our order (Doc. 45) filed June 1, 2022, and that the defendant filed a motion (Doc. 36) to dismiss prior to the issuance of the stay which has not yet been resolved, it is hereby ORDERED that:

1. The stay imposed by the court's order (Doc. 45) dated June 1, 2022, is hereby LIFTED.

2. The plaintiff shall file her motion for preliminary approval of class action settlement on or before **Friday, October 7, 2022**.

3. The defendant's motion (Doc. 36) to dismiss is deemed withdrawn without prejudice in light of the anticipated settlement.

4. All other deadlines in the above-captioned action are vacated.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania