IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA CHAPMAN,<br>New Kensington, PA,<br>individually and on behalf of a class of<br>similarly situated individuals,<br><br>   Plaintiff,<br><br>v.<br><br>INSIGHT GLOBAL, LLC (incorrectly identified as Insight Global, Inc.) 1224 Hammond Drive, Suite 1500, Atlanta, GA 30346,<br><br>   Defendant. | **Civil Case No.: 1:21-cv-824-CCC** |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND FOR APPROVAL OF ATTORNEY'S FEES AND EXPENSES

  Plaintiff moves, pursuant to Federal Rule of Civil Procedure 23(e), for final approval of the class action settlement (ECF No. 55-1), as well as approval of attorney's fees and expenses. A proposed form of Order is annexed to this motion. The grounds are set forth in the accompanying legal memorandum and its attachments. Pursuant to Local Rule 7.1, Plaintiff sought concurrence in this motion from Defendant Insight Global, LLC, and Defendant's counsel has indicated its concurrence.

  Plaintiff respectfully requests that this Motion be granted.

Dated:  February 9, 2023    Respectfully Submitted,

*/s/ Jonathan Shub*
Jonathan Shub, Esquire
PA Attorney I.D. #53965
**SHUB LAW FIRM LLC**
134 Kings Hwy. E., 2nd Floor
Haddonfield, NJ 08033
(856) 772-7200
jshub@shublawyers.com

**SCHMIDT KRAMER, P.C.**
Scott B. Cooper, Esquire
PA Attorney I.D. #70242
209 State Street
Harrisburg, PA 17101
(717) 232-6300
scooper@schmidtkramer.com

**HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.**
James C. Haggerty, Esquire
PA Attorney I.D. #30003
1835 Market Street, Suite 2700
Philadelphia, PA 19103
(267) 350-6600
jhaggerty@hgsklawyers.com

**JACK GOODRICH & ASSOCIATES, PC**
John P. Goodrich, Esquire
PA Attorney I.D. #49648
*Admitted pro hac vice*
Lauren R. Nichols, Esquire
PA Attorney I.D. #313520
*Admitted pro hac vice*
429 Fourth Avenue, Suite 900
Pittsburgh, PA 15219
(412) 261-4663

jack@goodrichpc.com
lauren@goodrichpc.com

**PHIL DILUCENTE & ASSOCIATES, LLC**
Philip P. DiLucente, Esquire
PA Attorney I.D. #87295
*Admitted pro hac vice*
Kenneth Nolan, Esquire
PA Attorney I.D. #32422
*Admitted pro hac vice*
310 Grant Street, Suite 1801
Pittsburgh, PA 15219
(412) 281-5005
phil@getphil.com
ken@getphil.com

*Attorneys for Plaintiff and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

I, Jonathan Shub, hereby certify that on February 9, 2023, the foregoing Motion and accompanying Memorandum, Proposed Order, and Declarations (including Exhibits attached therein) were filed via the Court's electronic filing system and will be electronically sent to all counsel of record.

*/s/ Jonathan Shub*
Jonathan Shub